USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-3-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

VASILE FLORIN FLORE,

                Defendant.

------------------------------------------------------------------ x

19-CR-668 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Sentencing is set for **March 9, 2023** at **3:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
          March 3, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**